# EXHIBIT A

## SIGNATURE BANK
### CLASS PERIOD: April 23, 2020 through March 12, 2023

**BRIAN ANDREW PERGAMENT**

| DATE | QUANTITY | SHARE | NET COST | DATE | QUANTITY | SHARE | SELL PROCEEDS |
|---|---|---|---|---|---|---|---|
| 3/10/2023 | 500 | $ 67.9834 | $ 33,991.70 | | | | |
| 3/10/2023 | 77 | $ 70.5505 | $ 5,432.39 | | | | |
| 3/10/2023 | 423 | $ 70.5505 | $ 29,842.86 | | | | |
| 3/10/2023 | 950 | $ 70.0121 | $ 66,511.50 | | | | |
| 3/10/2023 | 1,448 | $ 67.9525 | $ 98,395.22 | | | | |
| 3/10/2023 | 2 | $ 67.9000 | $ 135.80 | | | | |
| 3/10/2023 | 1,500 | $ 68.8165 | $ 103,224.75 | | | | |
| 3/10/2023 | 400 | $ 69.9793 | $ 27,991.72 | | | | |
| 3/10/2023 | 408 | $ 69.9793 | $ 28,551.55 | | | | |
| 3/10/2023 | 92 | $ 69.9793 | $ 6,438.10 | | | | |
| 3/10/2023 | 100 | $ 69.9700 | $ 6,997.00 | | | | |
| 3/10/2023 | 100 | $ 69.9700 | $ 6,997.00 | | | | |
| 3/10/2023 | 100 | $ 69.9700 | $ 6,997.00 | | | | |
| 3/10/2023 | 100 | $ 69.9700 | $ 6,997.00 | | | | |
| 3/10/2023 | 100 | $ 69.9700 | $ 6,997.00 | | | | |
| 3/10/2023 | 100 | $ 69.9700 | $ 6,997.00 | | | | |
| 3/10/2023 | 100 | $ 69.9700 | $ 6,997.00 | | | | |
| 3/10/2023 | 798 | $ 69.4799 | $ 55,444.96 | | | | |
| 3/10/2023 | 2 | $ 69.4000 | $ 138.80 | | | | |
| 3/10/2023 | 100 | $ 69.4000 | $ 6,940.00 | | | | |
| 3/10/2023 | 100 | $ 69.4000 | $ 6,940.00 | | | | |
| **CP TOTAL\*** | **7,500** | | **$ 518,958.35** | | **0** | | **$0.00** |

**JOHN ROMANO**

| DATE | QUANTITY | SHARE | NET COST | DATE | QUANTITY | SHARE | SELL PROCEEDS |
|---|---|---|---|---|---|---|---|
| 1/23/2023** | 800 | $75.00 | $ 60,000.00 | | | | |
| 1/23/2023** | 200 | $75.00 | $ 15,000.00 | | | | |
| 1/31/2023** | 1,000 | $60.00 | $ 60,000.00 | | | | |
| 2/15/2023** | 200 | $80.00 | $ 16,000.00 | | | | |
| 2/15/2023** | 1,800 | $80.00 | $ 144,000.00 | | | | |
| 3/10/2023 ** | 1,000 | $50.00 | $ 50,000.00 | | | | |
| **CP TOTAL\*** | **5,000** | | **$345,000.0000** | | **0** | | **$0.00** |

Post-Class Period 90-Day Average Closing Share Price As of 05/15/2023:    $ 0.1056038

Statutory Damages (Net Purchase Price - $ 0.1056037778 (Shares Long))    $ 862,638.30

*Class Period Total except Gains(Losses)

** Reflects assignment of shares Put as of the Sale Date of the Put Option