UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIRTHI PAL SINGH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SIGNATURE BANK, SCOTT A. SHAY, JOSEPH DEPAOLO, VITO SUSCA, MARK SIGONA, STEPHEN WYREMSKI, and ERIC HOWELL,<br><br>Defendants. | Case No. 1:23-cv-02501-ENV-VMS |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT SIGNATURE BANK**

1

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses, without prejudice, all claims in the Complaint (ECF No. 1) against Defendant Signature Bank.

Defendant Signature Bank has not served any answers to the Complaint or any motions for summary judgment.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Plaintiff preserves all claims against the remaining Defendants in this action.

| | |
|---|---|
| Dated:  July 24, 2023 | Respectfully submitted, |
| | POMERANTZ LLP |
| | */s/ Emma Gilmore* <br> Jeremy A. Lieberman <br> Emma Gilmore <br> J. Alexander Hood II <br> Thomas H. Przybylowski <br> 600 Third Avenue, 20th Floor <br> New York, NY 10016 <br> Telephone: (212) 661-1100 <br> Facsimile: (917) 463-1044 <br> jalieberman@pomlaw.com <br> egilmore@pomlaw.com <br> ahood@pomlaw.com <br> tprzybylowski@pomlaw.com |
| | *Counsel for Plaintiff* |